CALVIN L. HATHAWAY, Respondent, *v.* EDWIN W. HOWELL, Appellant.

(Argued June 13, 1877; decided September 18, 1877.)

THIS case is reported on a former appeal.   (54 N. Y., 97.)

The court here simply passed upon a question of fact, to wit: As to whether a levy was made by defendant as sheriff after an execution in his hands became operative.   The court held with the General Term that no levy was made; and that, in view of the law of the case as adjudged upon the former appeal, this disposed of the case, and no other question was therefore considered.

*J. McGuire*, for appellant.

*Milo Goodrich*, for respondent.

FOLGER, J., reads for affirmance of order of General Term, and for judgment absolute against defendant.
All concur.
Order affirmed, and judgment accordingly.